UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED
2012 APR 19 AM 10: 04
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

BRIAN K. MINNER,
    Plaintiff,

v.    CASE NO. 3:12-cv-89-J-20JRK

CROWLEY MARITIME CORP.,
    Defendant.
_____/

## ORDER

THIS CAUSE is before this Court on the Magistrate Judge's Report and Recommendation (Dkt. 7), addressing Plaintiff's construed Motion for Leave to Proceed in Forma Pauperis (Dkt. 2). The Magistrate Judge recommended the motion be denied, the action be dismissed, and the case closed. No objections were filed to the Report and Recommendation. After an independent review of the record and upon consideration of the Report and Recommendation, this Court adopts same in all respects.

Accordingly, it is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Dkt. 7) is adopted;

2. Plaintiff's construed Motion for Leave to Proceed in Forma Pauperis (Dkt. 2) is **DENIED**;

3. This case is **DISMISSED**; and

4. The Clerk is directed to **CLOSE** this case.

DONE AND ORDERED at Jacksonville, Florida, this 19th day of April, 2012.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Hon. James R. Klindt
Brian K. Minner, *Pro se*