# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

BRIAN K. MINNER,
    Plaintiff,

v.

CASE NO. 3:12-cv-89-J-20JRK

CROWLEY MARITIME CORP.,
    Defendant.
_____/

## ORDER

**THIS CAUSE** is before this Court on the Magistrate Judge's Report and Recommendation (Dkt. 7), addressing Plaintiff's construed Motion for Leave to Proceed in Forma Pauperis (Dkt. 2). The Magistrate Judge recommended the motion be denied, the action be dismissed, and the case closed. No objections were filed to the Report and Recommendation. After an independent review of the record and upon consideration of the Report and Recommendation, this Court adopts same in all respects.

Accordingly, it is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Dkt. 7) is adopted;

2. Plaintiff's construed Motion for Leave to Proceed in Forma Pauperis (Dkt. 2) is **DENIED**;

3. This case is **DISMISSED**; and

4. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** at Jacksonville, Florida, this 19th day of April, 2012.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Hon. James R. Klindt
Brian K. Minner, *Pro se*